**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EVELYN MELANI CORNEJO RODRIGUEZ, aka Melani Rodriguez, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 10-70153 Agency No. A094-829-721 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Evelyn Melani Cornejo-Rodriguez, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' decision affirming

without opinion the immigration judge's denial of petitioner's application for

withholding of removal.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Where the BIA summarily affirms the IJ's decision, we review the IJ's decision as the final agency decision. *See Zehatye v. Gonzales*, 453 F.3d 1182, 1184 (9th Cir. 2006).

Petitioner contends that she was entitled to withholding relief based on her membership in a social group consisting of a family who were victimized by the gangs. We need not resolve this issue because we conclude that the IJ correctly determined that petitioner could relocate to another part of El Salvador. *See INS v. Ventura*, 537 U.S. 12, 18 (2002) ("[A]n individual who can relocate safely within his home country ordinarily cannot qualify for asylum") (citing 8 C.F.R. § 208.13(b)(1)(i)(B)). The IJ, therefore, did not err in denying petitioner's application for withholding of removal. *See Zehatye*, 453 F.3d at 1190.

**PETITION FOR REVIEW DENIED.**

10-70153